UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN HENDRICKSON and
JENNIFER HENDRICKSON,
         Plaintiff(s),

v.

POPULAR MORTGAGE SERVICING; EQUITY ONE, INC.; HOUSEHOLD FINANCE CORP.; LITTON LOAN FINANCING; LANDAMERICA ONE STOP, INC.; and DOES 1-100 inclusive,
         Defendant(s).
_____/

CASE NO. C 09-00472 CW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐ Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ other requested deadline _____

///
///
///
///

American LegalNet, Inc.
www.USCourtForms.com

Dated: 4/21/2009 /s/ Eugene Norman Stuart, III
Attorney for Plaintiffs John Hendrickson and Jennifer Hendrickson

Dated: 4/21/2009 /s/ Wendy C. Krog
Attorney for Defendants Popular Mortgage Servicing and Equity One, Inc.
GEORGE G. WEICKHARDT
WENDY C. KROG

Dated: 4/21/2009 /s/ Gregory Scott Korman
Attorney for Defendant Household Finance Corp.
GREGORY SCOTT KORMAN

Dated: 4/21/2009 /s/ Brad Michael Simon
Attorney for Defendant Litton Loan Servicing
BRAD MICHAEL SIMON

Dated: 4/21/2009 /s/ James Kevin Snyder
Attorney for Defendant LandAmerica One Stop Inc.
JAMES KEVIN SNYDER

American LegalNet, Inc.
www.USCourtForms.com

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☒ 90 days from the date of this order.   **July 23, 2007**
- ☐ other _____

IT IS SO ORDERED.

Dated: 4/23/09

*[signature]*

UNITED STATES DISTRICT JUDGE

American LegalNet, Inc.
www.USCourtForms.com