Stuart M. Richter (CA 126231)
Gregory S. Korman (CA 216931)
Aniesa Rice (CA 260206)
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471
email: stuart.richter@kattenlaw.com
email: gregory.korman@kattenlaw.com
email: aniesa.rice@kattenlaw.com

Attorneys for defendant HOUSEHOLD
FINANCE CORPORATION OF CALIFORNIA,
erroneously named as Household Finance Corp.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND

| | |
|---|---|
| JOHN HENDRICKSON, an individual; and JENNIFER HENDRICKSON, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>POPULAR MORTGAGE SERVICING, an unknown business entity; EQUITY ONE, INC., a corporation; HOUSEHOLD FINANCE CORP., a corporation; LITTON LOAN FINANCING, a limited partnership; LANDAMERICA ONE STOP, INC., a corporation; and DOES 1-100 inclusive<br><br>Defendants. | Case No.: 4:09-cv-00472-CW<br><br>[PROPOSED] ORDER GRANTING DEFENDANT HOUSEHOLD FINANCE CORPORATION'S REQUEST FOR TELEPHONIC APPEARANCE BY CLIENT AT MEDIATION |

# **ORDER**

The Court, having considered defendant Household Finance Corporation's Request For Telephonic Appearance By Client At Mediation, and for good cause appearing, enters the following order:

Household Finance Corporation's representative with full authority to settle the case may appear by telephone at the mediation session currently scheduled for July 28, 2009.

IT IS SO ORDERED.

Dated: 7-10-09

_____
Honorable Wayne D. Brazil
United States Magistrate Judge