Ronald D. Roup (94495) ron@rouplaw.com
Joan C. Spaeder-Younkin (192235) joan@rouplaw.com
Brad M. Simon (244369) brad@rouplaw.com
ROUP & ASSOCIATES, A LAW CORPORATION
23101 Lake Center Drive, Suite 310
Lake Forest, California 92630
(949) 472-2377; Fax: (949) 472-2317

Attorneys for Defendant,
LITTON LOAN SERVICING LP,

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| JOHN HENDRICKSON, an individual; and JENNIFER HENDRICKSON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>POPULAR MORTGAGE SERVICING, an unknown business entity; EQUITY ONE, INC., a corporation; HOUSEHOLD FINANCE CORP., a corporation; LITTON LOAN SERVICING, a Limited Partnership; LANDAMERICA ONE STOP, INC., a corporation; and DOES 1-100, inclusive<br><br>Defendants. | Case No. 4:09-cv-00472-CW<br><br>~~[PROPOSED]~~<br><br>**ORDER GRANTING DEFENDANT LITTON LOAN SERVICING LP'S REQUEST FOR TELEPHONIC APPEARANCE BY CLIENT AT MEDIATION** |

///
///
///
///
///
///
///

[PROPOSED] ORDER

Having considered the request by Defendants, Litton Loan Servicing LP, and good cause having been shown therefore,

**IT IS HEREBY ORDERED THAT:**

1. The requirement of a personal appearance by the authorized representative of Defendant, Litton Loan Servicing LP, at the Mediation in this matter is hereby waived; and

2. The representative of Defendant, Litton Loan Servicing LP, will be available by telephone at all times during the Mediation.

Dated: 7/15, 2009

Honorable Wayne D. Brazil
United States Magistrate Judge