1    J. Kevin Snyder (SBN: 107509)
     ksnyder@dykema.com
2    **DYKEMA GOSSETT LLP**
     333 South Grand Avenue
3    Suite 2100
     Los Angeles, California 90071
4    Telephone:    (213) 457-1800
     Facsimile:    (213) 457-1850
5
     Attorneys for Defendant
6    LANDAMERICA ONE STOP, INC.

7

8                  **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10                          **OAKLAND**

11   JOHN HENDRICKSON, an individual; and        Case No. 4:09-cv-00472-CW
     JENNIFER HENDRICKSON, an individual
12                                                ORDER GRANTING DEFENDANT
              Plaintiffs,                         LANDAMERICA ONE STOP, INC.
13                                                REQUEST TO BE RELIEVED FROM
          vs.                                     PARTICIPATION IN MEDIATION
14

15   POPULAR MORTGAGE SERVICING, an
     unknown business entity; EQUITY ONE, INC.,
16   a corporation; HOUSEHOLD FINANCE
     CORP., a corporation; LITTON LOAN
17   FINANCING, a limited partnership;
     LANDAMERICA ONE STOP, INC., a
18   corporation; and DOES 1-100 inclusive,

19            Defendants.

20

21

22

23

24

25

26

27

28

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

1       The Court, having considered the Stipulation to Relieve LandAmerica One Stop, Inc. From

2   Participating in Mediation, and for good cause appearing therefore,

3       IT IS HEREBY ORDERED THAT:

4       Defendant LandAmerica One Stop, Inc. shall be relieved of any obligation to participate in

5   the mediation in this matter, currently scheduled to take place on July 28, 2009.

6

7

8

Date:  July 21, 2009     _____

9                     Honorable Clauda Wilken
                   United States District Judge

10

11   PAS01\115387.1

12

**DYKEMA GOSSETT LLP**
**333 SOUTH GRAND AVENUE**
**SUITE 2100**
**LOS ANGELES, CALIFORNIA 90071**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**

Stipulation To Be Relieved From Participation In Mediation
Case No. 4:09-cv-00472-CW