Stuart M. Richter (CA 126231)
Gregory S. Korman (CA 216931)
Aniesa Rice (CA 260206)
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471
email: stuart.richter@kattenlaw.com
email: gregory.korman@kattenlaw.com
email: aniesa.rice@kattenlaw.com

Attorneys for defendant HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA, erroneously named as Household Finance Corp.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND**

| | |
|---|---|
| JOHN HENDRICKSON, an individual; and JENNIFER HENDRICKSON, an individual<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>POPULAR MORTGAGE SERVICING, an unknown business entity; EQUITY ONE, INC., a corporation; HOUSEHOLD FINANCE CORP., a corporation; LITTON LOAN FINANCING, a limited partnership; LANDAMERICA ONE STOP, INC., a corporation; and DOES 1-100 inclusive<br><br>　　　　Defendants. | Case No.: 4:09-cv-00472-CW<br><br>Hon. Claudia Wilken<br><br>**STIPULATION AND ORDER EXTENDING DATE FOR COMPLETION OF MEDIATION** |

## **STIPULATION**

Household Finance Corporation, Population Mortgage Servicing, Equity One, Inc., Litton Loan Financing, and LandAmerica One Stop, Inc. (collectively, "Defendants"), on the one hand, and John and Jennifer Hendrickson (collectively, "Plaintiffs"), on the other hand, through their attorneys of record, hereby agree and stipulate that the required date for completion of mediation be extended, based upon the following facts:

WHEREAS, the original date by which to complete mediation was July 23, 2009;

WHEREAS, on July 6, 2009, the Parties participated in a phone conference with the mediator for this case;

WHEREAS, at that phone conference, the Parties and the mediator agreed that July 28, 2009, was an appropriate and feasible date by which to complete mediation;

WHEREAS, no previous extensions have been granted, and no other deadlines will be affected;

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, that the Parties jointly request that the date for completion of mediation be rescheduled until July 30, 2009.

Dated: July 7, 2009                    KATTEN MUCHIN ROSENMAN LLP

By:   /s/ Aniesa Rice
        Aniesa Rice
Attorneys for Defendant HOUSEHOLD FINANCE CORPORATION


Dated: July 7, 2009                    EUGENE NORMAN STUART, III

By:    /s/ Eugene Norman Stuart, III
        Eugene Norman Stuart, III
Attorneys for Plaintiffs JOHN HENDRICKSON and JENNIFER HENDRICKSON

| | | |
|---|---|---|
| 1 | Dated: July 7, 2009 | ROPERS MAJESKI KOHN & BENTLEY |
| 2 | | By:   /s/ Wendy C. Krog |
| 3 | | Wendy C. Krog |
| | | Attorneys for Defendants POPULAR MORTGAGE |
| 4 | | SERVICING and EQUITY ONE INC. |
| 5 | | |
| 6 | Dated: July 7, 2009 | ROUP & ASSOCIATES |
| 7 | | By:   /s/ Brad M. Simon |
| | | Brad M. Simon |
| 8 | | Attorneys for Defendant LITTON LOAN SERVICING |
| 9 | | |
| 10 | Dated: July 7, 2009 | DYKEMA GOSSETT LLP |
| 11 | | By:   /s/ J. Kevin Snyder |
| | | J. Kevin Snyder |
| 12 | | Attorneys for Defendant LANDAMERICA ONE STOP |
| 13 | | INC. |

3

STIPULATION AND ORDER

Case No. 09-00472 CW MED

1 **ORDER**

2   The Court, having read and considered the foregoing stipulation, and for good cause

3 appearing, enters the following order:

4   The date for completion of mediation by the Parties is hereby scheduled for July 30, 2009.

5

6 IT IS SO ORDERED.

7   7/21/09

8 Dated: _____   _____

9   Honorable Claudia Wilken
    United States District Court Judge