J. Kevin Snyder (SBN: 107509)
ksnyder@dykema.com
**DYKEMA GOSSETT LLP**
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone:   (213) 457-1800
Facsimile:    (213) 457-1850

Attorneys for Defendant
LANDAMERICA ONE STOP, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND

| | |
|---|---|
| JOHN HENDRICKSON, an individual; and JENNIFER HENDRICKSON, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>POPULAR MORTGAGE SERVICING, an unknown business entity; EQUITY ONE, INC., a corporation; HOUSEHOLD FINANCE CORP., a corporation; LITTON LOAN FINANCING, a limited partnership; LANDAMERICA ONE STOP, INC., a corporation; and DOES 1-100 inclusive,<br><br>Defendants. | Case No. 4:09-cv-00472-CW<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT LANDAMERICA ONESTOP, INC.S REQUEST FOR TELEPHONIC APPEARANCE AT MEDIATION |

# ORDER

The Court having considered defendant LandAmerica Onestop Inc.'s Request For Telephonic Appearance At Mediation, and for good cause shown, enters the following order:

LandAmerica Onestop, Inc., and its counsel, ~~may appear by telephone~~ *need not appear* at the mediation session currently scheduled in this matter for July 28, 2009 — *per separate Order by Judge Wilken.*

IT IS SO ORDERED

Date: July 23, 2009

Honorable Wayne D. Brazil
United States Magistrate Judge

PAS01\115580.1

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071