Ronald D. Roup (94495) ron@rouplaw.com
Joan C. Spaeder-Younkin (192235) joan@rouplaw.com
Brad M. Simon (244369) brad@rouplaw.com
ROUP & ASSOCIATES, A LAW CORPORATION
23101 Lake Center Drive, Suite 310
Lake Forest, California 92630
(949) 472-2377; Fax: (949) 472-2317

Attorneys for Defendant,
LITTON LOAN SERVICING LP,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| JOHN HENDRICKSON, an individual; and JENNIFER HENDRICKSON, an individual, <br><br>Plaintiffs, <br><br>vs. <br><br>POPULAR MORTGAGE SERVICING, an unknown business entity; EQUITY ONE, INC., a corporation; HOUSEHOLD FINANCE CORP., a corporation; LITTON LOAN SERVICING, a Limited Partnership; LANDAMERICA ONE STOP, INC., a corporation; and DOES 1-100, inclusive <br><br>Defendants. | Case No. 4:09-cv-00472-CW <br><br>[PROPOSED] WDR <br><br>ORDER GRANTING DEFENDANT LITTON LOAN SERVICING LP'S REQUEST FOR TELEPHONIC APPEARANCE BY CLIENT AT MEDIATION |

///
///
///
///
///
///
///

[PROPOSED] ORDER

1  Having considered the request by Defendants, Litton Loan Servicing LP, and good
2  cause having been shown therefore,

3  **IT IS HEREBY ORDERED THAT:**

4  1. The requirement of a personal appearance by the authorized representative
5  of Defendant, Litton Loan Servicing LP, at the Mediation in this matter is
6  hereby waived; and

7  2. The representative of Defendant, Litton Loan Servicing LP, will be available
8  by telephone at all times during the Mediation.

10  Dated: 7/23, 2009

Honorable Wayne D. Brazil
United States Magistrate Judge