Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Hendrickson, an individual; and Jennifer Hendrickson, an individual,<br><br>                    Plaintiffs,<br><br>          v.<br><br>Popular Mortgage Servicing, an unknown business entity; Equity One, Inc., a corporation; Household Finance Corp., a corporation; Litton Loan Servicing, a Limited Partnership; LandAmerica One Stop, Inc., a corporation; and DOES 1-100, inclusive,<br><br>                    Defendants. | CASE NO.  C 09-00472 CW<br><br>**ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AS MODIFIED** |

The Court, having considered the parties' Stipulation and Request to Continue Case

Management Conference and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the case management conference currently scheduled

for August 4, 2009, will be continued to trail defendants' Motion to Dismiss on **August 27, 2009**,

at 2:00 p.m.

Dated:  July 24, 2009

_____

HON. CLAUDIA WILKEN
U.S. DISTRICT JUDGE

RC1/5347133.1/RL3

ORDER GRANTING STIPULATION AND REQUEST
TO CONTINUE CASE MANAGEMENT CONFERENCE