UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Hendrickson, an individual; and Jennifer Hendrickson, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Popular Mortgage Servicing, an unknown business entity; Equity One, Inc., a corporation; Household Finance Corp., a corporation; Litton Loan Servicing, a Limited Partnership; LandAmerica One Stop, Inc., a corporation; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 4:09-cv-00472-CW<br><br>ORDER GRANTING STIPULATION OF DISMISSAL |

**IT IS HEREBY ORDERED** that Plaintiffs' claims against Popular Mortgage Servicing and Equity One, Inc. are hereby dismissed with prejudice and with each party bearing their own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated: September 17, 2009

*(signature)*
**Claudia Wilken**
**United States District Judge**

283651.1
ORDER ON STIPULATION OF DISMISSAL