EUGENE N. STUART III, ESQ. (Bar No.122531)
101 California St., Suite 2450
San Francisco, California 94111
(415) 371-1618

Attorneys for Plaintiffs
JOHN HENDRICKSON and
JENNIFER HENDRICKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND)

| | |
|---|---|
| JOHN HENDRICKSON, an individual; and JENNIFER HENDRICKSON, an individual, <br><br> Plaintiffs, <br> vs. <br><br> POPULAR MORTGAGE SERVICING, an unknown business entity; et al., <br><br> Defendants. | Case No. 4:09-cv-00472-CW <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> The Honorable <br> CLAUDIA WILKEN <br><br> DATE: October 13, 2009 <br> TIME: .2:00 p.m. <br> DEPT: Ctrm 2, 4th Flr <br><br> **Requested continued date:** <br> DATE: November 24, 2009 <br> TIME: .2:00 p.m. <br> DEPT: Ctrm 2, 4th Flr <br><br> Action Filed: January 5, 2009 <br> Trial Date: n/a |

Counsel for the parties in this action ~~have reached separate and tentative agreements for settling all claims and~~ respectfully request that the Court continue the Case Management Conference currently scheduled for October 13, 2009, at 2:00 p.m. to allow them to prepare and file appropriate documentation with the Court.

Law Offices of
Chu & Stuart, LLP
101 California St.,
Ste.2450.
San Francisco, CA

Stipulation to continue CMC.wpd

1
ORDER

The parties stipulate to having the CMC continued until **November 24, 2009** [Plaintiffs' counsel has spoken with the clerk and was told that this date is open on the Court's calendar].

Dated: October 13, 2009              LAW OFFICES OF EUGENE N. STUART III

_____
EUGENE N. STUART III
Attorneys for Plaintiffs
JOHN HENDRICKSON AND
JENNIFER HENDRICKSON

Dated: October 13, 2009              ROUP & ASSOCIATES, A LAW CORPORATION

_____
BRAD M. SIMON
Attorneys for Defendant
LITTON LOAN SERVICING LP

Dated: October 13, 2009              DYKEMA GOSSETT LLP


_____
J. KEVIN SNYDER
Attorneys for Defendant
LANDAMERICA ONE STOP, INC.

Dated: October 13, 2009              KATTEN MUCHIN ROSENMAN LLP

_____
GREGORY S. KORMAN
Attorneys for Defendant
HOUSEHOLD FINANCE CORPORATION
OF CALIFORNIA


**IT IS SO ORDERED.**
DATED: ___10/13___, 2009

_____
UNITED STATES DISTRICT JUDGE

Law Offices of
Chu & Stuart, LLP
101 California St.,
Ste.2450.
San Francisco, CA

Stipulation to continue CMC.wpd

2
ORDER