EUGENE N. STUART III, ESQ. (Bar No.122531)
101 California St., Suite 2450
San Francisco, California 94111
(415) 371-1618

Attorneys for Plaintiffs
JOHN HENDRICKSON and
JENNIFER HENDRICKSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND)

| | |
|---|---|
| JOHN HENDRICKSON, an individual; and JENNIFER HENDRICKSON, an individual, <br><br> Plaintiffs, <br> vs. <br> POPULAR MORTGAGE SERVICING, an unknown business entity; et al., <br><br> Defendants. | Case No. 4:09-cv-00472-CW <br><br> **STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** that Plaintiffs' claims against LITTON LOAN SERVICING LP are hereby dismissed without prejudice and with each party bearing their own attorneys fees and costs.

Dated: October 19, 2009

ROUP & ASSOCIATES, A LAW
CORPORATION

_____
BRAD M. SIMON
Attorneys for Defendant
LITTON LOAN SERVICING LP

Dated: October 20, 2009

LAW OFFICES OF
EUGENE N. STUART III

_____
EUGENE N. STUART III
Attorneys for Plaintiffs
JOHN HENDRICKSON and
JENNIFER HENDRICKSON

Law Offices of
Eugene N. Stuart III
101 California St.,
Ste.2450.
San Francisco, CA

Stipulation - dismiss LITTON.wpd

1
STIPULATION OF DISMISSAL

```
EUGENE N. STUART III, ESQ. (Bar No. 122531)
101 California St., Suite 2450
San Francisco, California 94111
(415) 371-1618

Attorney for Plaintiffs
JOHN HENDRICKSON and
JENNIFER HENDRICKSON
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND)

| | |
|---|---|
| JOHN HENDRICKSON, an individual; and JENNIFER HENDRICKSON, an individual,<br><br>Plaintiffs,<br>vs.<br><br>POPULAR MORTGAGE SERVICING, an unknown business entity; et al.,<br><br>Defendants. | Case No. 4:09-cv-00472-CW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

**IT IS HEREBY ORDERED** that Plaintiffs' claims against LITTON LOAN SERVICING LP are hereby dismissed without prejudice and with each party bearing their own attorneys fees and costs.

**IT IS SO ORDERED**

Dated: 10/21/09, 2009

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

Law Offices of
Eugene N. Stuart III
101 California St.,
Ste. 2450.
San Francisco, CA

1
ORDER GRANTING STIPULATION OF DISMISSAL

Order Stipulation - dismiss LITTON.wpd