EUGENE N. STUART III, ESQ. (Bar No.122531)
101 California St., Suite 2450
San Francisco, California 94111
(415) 371-1618

Attorneys for Plaintiffs
JOHN HENDRICKSON and
JENNIFER HENDRICKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND)

| | |
|---|---|
| JOHN HENDRICKSON, an individual; and JENNIFER HENDRICKSON, an individual,<br><br>    Plaintiffs,<br>vs.<br><br>POPULAR MORTGAGE SERVICING, an unknown business entity; et al.,<br><br>    Defendants. | Case No. 4:09-cv-00472-CW<br><br>STIPULATION OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED** that Plaintiffs' claims against HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA are hereby dismissed with prejudice and with each party bearing their own attorneys fees and costs.

Dated: October 19, 2009

KATTEN MUCHIN ROSENMAN LLP

_[signature]_
GREGORY S. KORMAN
Attorneys for Defendant
**HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA**

Dated: October 2009

LAW OFFICES OF
EUGENE N. STUART III

_[signature]_
EUGENE N. STUART III
Attorneys for Plaintiffs
**JOHN HENDRICKSON and JENNIFER HENDRICKSON**

Law Offices of
Eugene N. Stuart III
101 California St.,
Ste.2450.
San Francisco, CA

1
STIPULATION OF DISMISSAL

Stipulation - dismiss HFC.wpd

1  EUGENE N. STUART III, ESQ. (Bar No.122531)
   101 California St., Suite 2450
2  San Francisco, California  94111
   (415) 371-1618
3
   Attorney for Plaintiffs
4  JOHN HENDRICKSON and
   JENNIFER HENDRICKSON
5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                              (OAKLAND)

10

11  JOHN HENDRICKSON, an individual; and  )   Case No. 4:09-cv-00472-CW
    JENNIFER HENDRICKSON, an individual,  )
12                                        )   ORDER GRANTING
            Plaintiffs,                   )   STIPULATION OF DISMISSAL
13  vs.                                   )
                                          )
14  POPULAR MORTGAGE SERVICING, an        )
    unknown business entity; et al.,      )
15                                        )
            Defendants.                   )
16  _____)

17

18       IT IS HEREBY ORDERED that Plaintiffs' claims against HOUSEHOLD FINANCE

19  CORPORATION OF CALIFORNIA are hereby dismissed with prejudice and with each party

20  bearing their own attorneys fees and costs.

21  **IT IS SO ORDERED**

22  Dated: ____10/21____, 2009           _____
                                         CLAUDIA WILKEN
23                                       UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Law Offices of
Eugene N. Stuart III
101 California St.,
Ste.2450.
San Francisco, CA

                              1
                ORDER GRANTING STIPULATION OF DISMISSAL

Order Stipulation - dismiss HFC.wpd