EUGENE N. STUART III, ESQ. (Bar No.122531)
101 California St., Suite 2450
San Francisco, California 94111
(415) 371-1618

Attorneys for Plaintiffs
JOHN HENDRICKSON and
JENNIFER HENDRICKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND)

| | |
|---|---|
| JOHN HENDRICKSON, an individual; and JENNIFER HENDRICKSON, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> POPULAR MORTGAGE SERVICING, an unknown business entity; et al., <br><br> Defendants. | Case No. 4:09-cv-00472-CW <br><br> **STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** that Plaintiffs' claims against LANDAMERICA ONE STOP, INC. are hereby dismissed with prejudice and with each party bearing their own attorneys fees and costs.

Dated: 10-27, 2009

DYKEMA GOSSETT LLP

_____
J. KEVIN SNYDER
Attorneys for Defendant
**LANDAMERICA ONE STOP, INC.**

Dated: 10-28, 2009

LAW OFFICES OF
EUGENE N. STUART III

_____
EUGENE N. STUART III
Attorneys for Plaintiffs
**JOHN HENDRICKSON and
JENNIFER HENDRICKSON**

Law Offices of
Eugene N. Stuart III
101 California St.,
Ste.2450.
San Francisco, CA

1
STIPULATION OF DISMISSAL

Stipulation - dismiss LandAmerica.wpd

| | |
|---|---|
| 1 | EUGENE N. STUART III, ESQ. (Bar No. 122531) |
| | 101 California St., Suite 2450 |
| 2 | San Francisco, California 94111 |
| | (415) 371-1618 |
| 3 | |
| | Attorney for Plaintiffs |
| 4 | JOHN HENDRICKSON and |
| | JENNIFER HENDRICKSON |
| 5 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND)

| | |
|---|---|
| JOHN HENDRICKSON, an individual; and JENNIFER HENDRICKSON, an individual, | Case No. 4:09-cv-00472-CW |
| Plaintiffs, | **ORDER GRANTING STIPULATION OF DISMISSAL** |
| vs. | |
| POPULAR MORTGAGE SERVICING, an unknown business entity; et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED** that Plaintiffs' claims against LANDAMERICA ONE STOP, INC. are hereby dismissed with prejudice and with each party bearing their own attorneys fees and costs.

**IT IS SO ORDERED**

Dated: 10/29, 2009

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

Law Offices of
Eugene N. Stuart III
101 California St.,
Ste. 2450.
San Francisco, CA

1
ORDER GRANTING STIPULATION OF DISMISSAL

Order Stipulation - dismiss LandAmerica.wpd